

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2018

No. 04-18-00499-CV

**IN RE E.J.G AND E.I.G.**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI05544
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

On October 11, 2018, we ordered appellant to provide written proof to this court by October 22, 2018, that the reporter's record has been requested and either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) the appellant is entitled to the reporter's record without prepayment of the reporter's fee." On October 17, 2018, appellant filed a letter stating he intends to ask a court reporter to transcribe the audio recordings from the trial court proceedings in this case. We construe the letter as a motion for an extension of time to comply with our October 11, 2018 order.

We grant the motion and order appellant to provide written proof to this court by **October 19, 2018** that he requested and either paid for or made arrangements to pay for the transcription of court recordings. If appellant fails to file such proof within the time provided, appellant's brief will be due on **November 19, 2018**, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court